914 A.2d 833

IN THE MATTER OF DAVID A. CURCIO, AN ATTORNEY
AT LAW (ATTORNEY NO. 013261981).

January 25, 2007.

ORDER

The Supreme Court having transferred **DAVID A. CURCIO,** formerly of **MILLVILLE,** who was admitted to the bar of this State in 1981, to disability inactive status by Order filed July 25, 2001;

And following the receipt and review of medical and vocational reports and evaluations, the Office of Attorney Ethics having recommended to the Court that **DAVID A. CURCIO** be restored to active status as an attorney at law of this State;

And the Office of Attorney Ethics having further recommended that on his return to active status, **DAVID A. CURCIO** be required to submit quarterly statements from his treating physician attesting to his adherence to the doctor's treatment plan;

And good cause appearing;

It is ORDERED that **DAVID A. CURCIO** be transferred to active status as an attorney at law of this State, effective immediately; and it is further

ORDERED that **DAVID A. CURCIO** shall submit to the Office of Attorney Ethics quarterly statements from his treating physician attesting to his adherence to his physician's treatment plan until the further Order of the Court; and it is further

ORDERED if **DAVID A. CURCIO** practices law as a sole practitioner, he shall do so only under the supervision of a practicing attorney approved by the Office of Attorney Ethics, for a period of two years and until the further Order of the Court.